JOANNA BEE *v.* RUDOLPH BEE

The defendant's petition for certification for appeal from the Appellate Court, 79 Conn. App. 783 (AC 21741), is denied.

*Steven R. Dembo* and *P. Jo Anne Burgh,* in support of the petition.

*Kenneth J. Bartschi* and *Kimberly A. Knox,* in opposition.

Decided December 2, 2003

THOMAS ARNONE *v.* TOWN OF ENFIELD ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 79 Conn. App. 501 (AC 22265), is denied.

*Michael C. Deakin,* in support of the petition.

*Stacy L. Buden,* in opposition.

Decided December 2, 2003

STATE OF CONNECTICUT *v.* ALAN L. WEISENBERG

The defendant's petition for certification for appeal from the Appellate Court, 79 Conn. App. 657 (AC 22590), is denied.

*David B. Rozwaski,* special public defender, in support of the petition.

*Rita M. Shair,* senior assistant state's attorney, in opposition.

Decided December 2, 2003